# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK ODOMES

NO. 2023 KW 1155

JANUARY 29, 2024

---

In Re:     Derrick Odomes, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 482946, 498015.

---

BEFORE:   McCLENDON, THERIOT, AND HESTER, JJ.

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the May 15, 2023 evidentiary hearing transcript, pertinent district court minutes, and any other portion of the district court record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
MRT
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT